■ In the Matter of CORY J. COVERT (Admitted as CORY JOHN COVERT), a Suspended Attorney. [938 NYS2d 805]

Mastro, A.P.J., Rivera, Skelos, Dillon and Eng, JJ., concur.